FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 09 2008

JAMES W. McCORMACK, CLERK
By: Kathy McBride
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | NO 4:08CR 017 JLH |
| ) | |
| ) | 18 U.S.C. § 844(e) |
| GIDGET SANDERS ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### {18 U.S.C. Section 844(e)}

On or about October 24, 2007, in the Eastern District of Arkansas,

GIDGET SANDERS

by means and use of an instrument of interstate commerce, that is, the telephone, willfully threatened to unlawfully damage the Arkansas Queen Riverboat by means of fire or explosives, to wit; the defendant conveyed a bomb threat to the Arkansas Queen Riverboat and claimed a bomb was on board the vessel. All in violation of Title 18, United States Code Section 844(e).

(END OF TEXT. SIGNATURE PAGE ATTACHED)