# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                                          PLAINTIFF

vs.                                          NO.      4:08CR00017-01 JLH

GIDGET SANDERS                                                                                                    DEFENDANT

### ORDER

      Following defendant's initial appearance before U.S. Magistrate Judge J. Thomas Ray on January 22, 2008, a trial date of February 25, 2008 was assigned. Defendant appeared in person with her attorney, Assistant Federal Public Defender Bruce Eddy, for a change of plea hearing on Monday, February 25, 2008. The Court had previously been advised that defendant was prepared to plead guilty to the Indictment, and that the parties had agreed to certain stipulations.

      Prior to the hearing, defendant reported to the U.S. Probation Office for drug testing. Thereafter, based upon presumptive positive drug test for cocaine, the Court determined that the change of plea hearing could not proceed as scheduled, as defendant was under the influence of a controlled substance and was not fully competent and capable of entering an informed plea.

      IT IS THEREFORE ORDERED that the delay in commencing the trial of this case occasioned by the additional time required to conduct the change of plea hearing shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(I).

      IT IS SO ORDERED this 25th day of February, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE